**Opinion issued September 21, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00471-CR

————————————

**THE STATE OF TEXAS, Appellant**

**V.**

**ANTHONY WAYNE STINSON, Appellee**

On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Case No. 1652028

## MEMORANDUM OPINION

Appellant, the State of Texas, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). No other party has filed a notice of appeal, and we have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have passed

and appellee, Anthony Wayne Stinson, has not expressed opposition to the State's motion.  *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.

Do not publish.  TEX. R. APP. P. 47.2(b).